DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

LOWDER v. ALL STAR MILLS, INC.

No. 143P83.

Case below: 60 N.C. App. 699.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 3 May 1983.

LUMBEE RIVER ELECTRIC CORP. v. CITY
OF FAYETTEVILLE

No. 126PA83.

Case below: 60 N.C. App. 534.

Petition by several defendants for discretionary review under G.S. 7A-31 allowed 3 May 1983.

PAYNE v. CONE MILLS CORP.

No. 160P83.

Case below: 60 N.C. App. 692.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 May 1983.

PINNER v. SOUTHERN BELL

No. 74P83.

Case below: 60 N.C. App. 257.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 May 1983.

RIGGAN v. HIGHWAY PATROL

No. 167P83.

Case below: 61 N.C. App. 69.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 3 May 1983.